**Ned L. SIEGEL, Georgette Sosa Douglas, et al., Plaintiffs–Appellants,**

v.

**Theresa LEPORE, Charles E. Burton, et al., Defendants–Appellees.**

No. 00–15981.

United States Court of Appeals, Eleventh Circuit.

Dec. 9, 2000.

Marcos D. Jimenez, White & Case, LLP, Miami, Fl, Theodore B. Olson, Thomas G. Hungar, Daniel W. Nelson, Douglas R. Cox, Gibson, Dunn & Crutcher, LLP, Washington, DC, for Plaintiffs–Appellants.

Beverly A. Pohl, Ft. Lauderdale, FL, Samuel S. Goren, Josias, Goren, Cherof, Doody & Ezrol, PA, Ft. Lauderdale, FL, Lee Alan Kraftchick, Miami, FL, L. Roland Blossom, DeLand, FL, Charles Box Jones, III, Atlanta, GA, Mark A. Cullen, The Szymoniak Firm, P.A., Boca Raton, FL, David Isaac Adelman, Teresa Wynn Roseborough, John H. Fleming, Carey P. DeDeyn, James A. Orr, Allegra J. Lawrence, C. Francis Whitaker, III, Sutherland, Asbill & Brennan, LLP, Atlanta, GA, Andrew Jeffrey Meyers, Fla. Dept. of Labor & Employment Sec., Ft. Lauderdale, FL, Daniel D. Eckert, Tura Schnebly, Volusia Cty. Legal Dept., Frank B. Gummey, III, DeLandf, FL, Bruce Rogow, Bruce S. Rogow, P.A., Ft. Lauderdale, FL, for Defendants–Appellees.

Charles B. Campbell, Montgomery, AL, for Amicus Curiae Start of Alabama, At-

torney General of Alabama and Secretary of State of Alabama.

Charles Melvin Fahlbusch, Asst. Atty. Gen., Ft. Lauderdale, FL, Scott Lee Rouse, Montgomery, Al, for Amicus Curiae Atty. Gen. of Fla.

ON PETITION FOR REHEARING

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

Appellants' Petition for Rehearing is DENIED. Judges Tjoflat, Birch, Dubina and Carnes dissent.